JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSME LOZANO,<br><br>    Plaintiff,<br><br>    vs.<br><br>HUNTINGTON PARK POLICE DEPARTMENT, CITY OF HUNTINGTON PARK, MICHAEL TREVIS, LEE ALIREZ, and PAUL WADLEY,<br><br>    Defendants. | Case No.: CV 09-7620 (CWx)<br><br>JUDGMENT |

The arguments having been presented and fully considered, and Defendants' motion for summary judgment having been granted,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that his claims be dismissed on their merits and with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 10/18/10

_____
Dale S. Fischer
United States District Judge